IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHARLES GRINER, | |
| Plaintiff, | Civil Action  File No.: 7:14-CV-147-HL |
| vs. | |
| DISHFORCE, LLC and DETRA HOPE SECKINGER | |
| Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily DISMISSED WITH PREJUDICE against Defendants Dishforce, LLC and Detra Hope Seckinger by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this 18th day of February, 2015.

| | |
|---|---|
| */s/ Denton C. Hill* | */s/ James R. Miller* |
| Gary L. Moser | James Raymond Miller |
| Georgia Bar No. 526512 | Georgia Bar No. 159080 |
| Denton C. Hill | William C. Nijem, Jr. |
| Georgia Bar No. 758379 | Georgia Bar No. 406006 |
| Moser & Rose | Langdale Vallotton, LLP |
| P.O. Box 1451 | 1007 North Patterson Street |
| Valdosta, GA 31603-1451 | Valdosta, Georgia 31601 |
| denton@moserrose.com | jmiller@langdalelaw.com |
| gary@moserrose.com | bnijem@langdalelaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |